IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**STEVE DOUGLAS GARTIN,**

    **Plaintiff,**

**v.**                                                                **No. CV 07-0385 WJ/LAM**

**CHAVES COUNTY BOARD OF**
**COMMISSIONERS, et al.,**

    **Defendants.**

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 54*)

    **THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 54*), filed on December 20, 2007. No party has filed objections to the Proposed Findings and Recommended Disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 54*); grant the motion to dismiss and deny as moot the motion to strike in *Defendant Judge Charles C. Currier's Motion to Strike or, Alternatively, Motion to Dismiss* (*Doc. 32*) ; and dismiss Mr. Gartin's claims against Judge Charles C. Currier with prejudice.

    **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 54*) are **ADOPTED** by the Court.

    **IT IS FURTHER ORDERED** that the alternative motion to dismiss contained in *Defendant Judge Charles C. Currier's Motion to Strike or, Alternatively, Motion to Dismiss* (*Doc. 32*) is **GRANTED** and the motion to strike contained therein is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Mr. Gartin's claims against Judge Charles C. Currier be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**HONORABLE WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**