IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**STEVE DOUGLAS GARTIN,**

    **Plaintiff,**

**v.**                                                                                                **No. CV 07-0385 WJ/LAM**

**CHAVES COUNTY BOARD OF**
**COMMISSIONERS, et al.,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 55*)

    **THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 55*), filed on December 20, 2007. No party has filed objections to the Proposed Findings and Recommended Disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 55*); grant *Defendants Fifth Judicial District Attorneys, District Attorney Michael Sanchez, Chaves County Magistrate Court, the Honorable Magistrate Judge Robert B. Corn, and the New Mexico Department of Probation's Motion to Dismiss* (*Doc. 26*); and dismiss Mr. Gartin's claims against the Fifth Judicial District Attorneys, District Attorney Michael Sanchez, Chaves County Magistrate Court, the Honorable Magistrate Judge Robert B. Corn, and the New Mexico Department of Probation with prejudice.

    **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 55*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Defendants Fifth Judicial District Attorneys, District Attorney Michael Sanchez, Chaves County Magistrate Court, the Honorable Magistrate Judge Robert B. Corn, and the New Mexico Department of Probation's Motion to Dismiss* (*Doc. 26*) is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Gartin's claims against the Fifth Judicial District Attorneys, District Attorney Michael Sanchez, Chaves County Magistrate Court, the Honorable Magistrate Judge Robert B. Corn, and the New Mexico Department of Probation be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**HONORABLE WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**