IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**STEVE DOUGLAS GARTIN,**

    **Plaintiff,**

v.                                                                                              No. CV 07-0385 WJ/LAM

**CHAVEZ COUNTY BOARD OF
COMMISSIONERS, et al.,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 78*)

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 78*), filed on January 11, 2008. No party has filed objections to the Proposed Findings and Recommended Disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 78*); grant Defendants City of Roswell and Roswell Police Department's (hereinafter "Roswell Defendants") *Motion to Strike Plaintiffs' Supplemental Complaints or, Alternatively, Motion to Dismiss filed by City of Roswell and Roswell Police Department* (*Doc. 41*); and strike Plaintiff's *Supplemental Civil Rights Complaint (Doc. 14)*, *Supplemental Class Action Civil Rights Complaint Adding Plaintiffs and Defendant (Doc. 16)*, *Supplemental [sic] Civil Rights Complaint (Doc. 22)*, and *Supplemental Civil Rights Complaint ~ 7-17-07 (Doc. 28)*.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 78*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that the Roswell Defendants' *Motion to Strike Plaintiffs' Supplemental Complaints or, Alternatively, Motion to Dismiss filed by City of Roswell and Roswell Police Department* (*Doc. 41*) is **GRANTED.**

**IT IS FURTHER ORDERED** that Mr. Gartin's *Supplemental Civil Rights Complaint (Doc. 14)*, *Supplemental Class Action Civil Rights Complaint Adding Plaintiffs and Defendant (Doc. 16)*, *Suppliminal [sic] Civil Rights Complaint (Doc. 22)*, and *Supplemental Civil Rights Complaint ~ 7-17-07 (Doc. 28)*, are **STRICKEN** and will not be considered further.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE WILLIAM P. JOHNSON**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**