IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVE DOUGLAS GARTIN,

    Plaintiff,

v.                                                       No. CV 07-0385 WJ/LAM

CHAVEZ COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 87*)

    **THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 87*), filed on February 11, 2008. No party has filed objections to the Proposed Findings and Recommended Disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 87*) and deny Plaintiff's *Motion for Temporary Injunction (Doc. 27)*.

    **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 87*) are **ADOPTED** by the Court.

    **IT IS FURTHER ORDERED** that Plaintiff's *Motion for Temporary Injunction (Doc. 27)* is **DENIED.**

**IT IS SO ORDERED.**

_____
**HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE**