IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**STEVE DOUGLAS GARTIN,**

    **Plaintiff,**

**v.**                                                                                                  **No. CV 07-0385 WJ/LAM**

**CHAVEZ COUNTY BOARD OF COMMISSIONERS, et al.,**

    **Defendants.**

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 100*)

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* (*Doc. 100*), filed on March 27, 2008. No party has filed objections to the Proposed Findings and Recommended Disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 100*), grant *Defendant[s] Chaves County Board of Commissioners, Chaves County Sheriff and Chaves County Detention Center's Motion for Summary Judgement (Doc. 47)*, and dismiss Mr. Gartin's claims against Chaves County Board of Commissioners, Chaves County Sheriff, Chaves County Detention Center, and "John/Jane Does 1-20" with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 100*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Defendant[s] Chaves County Board of Commissioners, Chaves County Sheriff and Chaves County Detention Center's Motion for Summary Judgement (Doc. 47)* is **GRANTED.**

**IT IS FURTHER ORDERED** that Mr. Gartin's claims against Chaves County Board of Commissioners, Chaves County Sheriff, Chaves County Detention Center, and "John/Jane Does 1-20" be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**